LAW OFFICES OF JILL R. SHELLOW PLLC
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/24/2026__

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

April 23, 2026

**BY ECF AND EMAIL**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
Gina_Sicora@nysd.uscourts.gov

Defendant's sentencing is hereby scheduled for July 1, 2026 at 11 am. The Clerk of Court is kindly directed to terminate the motion at ECF No. 25

    Dated: April 24, 2026
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**RE:**  *United States v. Harry Quintana-Cruz,* **26 CR 125 (NSR)**

Dear Judge Román:

    I represent Harry Quintana-Cruz in this matter which was wheeled out to Your Honor.  Mr. Quintana Cruz pled guilty before the Honorable Judith C. McCarthy on April 3, and this letter follows up to request formally a sentencing date.  AUSA Patricia Reville and I have both been in touch with Your Honor's chambers, and we understand that the Court is available for a sentencing proceeding on Wednesday, July 1, 2026 at 11:00 a.m.  The parties are also available at that time.  Accordingly, I make this formal request that the sentencing be scheduled for July 1 at 11 a.m.

    Thank you for your consideration.

                Respectfully submitted,

                /s/

                Jill R. Shellow

cc:    Harry Quintana-Cruz (by legal mail)
       AUSA Patricia Reville (by email)

Admitted:  NY, CT, DC

MEMO ENDORSED