UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

USA

   -against-

HARRY QUINTANA-CRUZ,

                        Defendant.

--------------------------------------------------------X

26 Cr. 00125-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Judith C. McCarthy, United States Magistrate Judge, dated June 5, 2026, is

approved and accepted.

                                           SO ORDERED.

Dated: White Plains, NY
        June 9, 2026

                                  _____

                                    Nelson S. Román
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____6/9/2026_____