LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

July 29, 2026

**BY ECF AND EMAIL**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Lisa_N_Lee@nysd.uscourts.gov

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
karasnysdchambers@nysd.uscourts.gov

**RE: *United States v. Harry Quintana-Cruz,* 26 CR 125 (NSR)**
***United States v. Harry Quintana-Cruz*, 19 CR 89 (KMK) (VOSR)**

MEMO ENDORSED

Dear Judges Román and Karas:

This afternoon, during Harry Quintana-Cruz's sentencing, I talked about ACCES-VR, a program offered by the New York State Education Department (https://www.acces.nysed.gov/vr). ACCES-VR helps people with disabilities prepare for, identify and secure jobs. I mistakenly advised the Court that I had another client who participates in ACCES-VR. My other client receives services from Unique People Services. UPS offers mental health and housing support in Manhattan and the Bronx.

Harry consents to participate in any program that can help him secure a job, housing and mental health support to help him avoid committing another crime. Thus, I respectfully request that the Judgment include as a special condition of supervised release that "You must participate any program that provides employment, residential or mental health supportive services for people with learning disabilities identified as appropriate for you by the Probation Department." The government consents to this request.

**The Court is in receipt and this request has been granted. The Clerk of Court is kindly directed to terminate the motion at ECF No. 37.**
Dated: July 30, 2026
White Plains, NY

SO ORDERED:
NELSON S. ROMÁN
United States District Judge

Respectfully submitted,

/s/
Jill R. Shellow

cc: AUSA Patricia Reville (by email)
Harry Quintana-Cruz (by legal mail)

Admitted: NY, CT, DC