LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

July 29, 2026

**BY ECF AND EMAIL**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Lisa_N_Lee@nysd.uscourts.gov

**RE: *United States v. Harry Quintana-Cruz,* 26 CR 125 (NSR)**
***United States v. Harry Quintana-Cruz*, 19 CR 89 (KMK) (VOSR)**

MEMO ENDORSED

Dear Judge Román:

Yesterday afternoon, when Judge Karas sentenced Harry Quintana Cruz, we had an extensive discussion about his conditions of Supervised Release. At the conclusion, Mr. Quintana Cruz asked if Probation Officer Asia Williams could please supervise him when he is released. Officer Williams agreed but said that including a recommendation in the Judgment would make more likely that she would get the assignment. Accordingly, with Officer Williams' consent, and the consent of the Government, I respectfully request that the judgment in Dkt. 26 CR 125 (NSR) be amended to add the following Special Condition of Supervised Release: "The Court recommends that the Probation Office use its best efforts to assign U.S. Probation Officer Asia Williams to supervise Mr. Quintana Cruz when he is released. Officer Williams has been supervising Mr. Quintana Cruz for several years, and she has the institutional knowledge about the programming and support he needs to succeed on Supervised Release."

Respectfully submitted,

/s/
Jill R. Shellow

cc: The Honorable Kenneth M. Karas
AUSA Patricia Reville (by email)
U.S. Probation Officer Asia Williams
Harry Quintana Cruz (by legal mail)

Admitted: NY, CT, DC

The request is GRANTED. The Judgment shall be amended to include the requested recommendation that the United States Probation Office use its best efforts to assign U.S. Probation Officer Asia Williams to supervise Defendant upon his release. The Clerk of Court is kindly directed to terminate the motion at ECF No. 43.
Dated: August 4, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge